UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80689-CV-MIDDLEBROOKS

JOHN CZERNIAK,

    Plaintiff,

v.

BAYER HEALTHCARE LLC and
ELANCO ANIMAL HEALTH, INC.,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. A motion to transfer this case is currently pending before the United States Judicial Panel on Multidistrict Litigation. (*See* DE 11); *see In re Seresto Flea & Tick Collar Litigation*. Given the potential that this case will be transferred, it is

**ORDERED AND ADJUDGED** that:

(1) This case is **STAYED**.

(2) The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case.

(3) Any Party may move to lift the stay upon a ruling from the Judicial Panel on Multidistrict Litigation.

**SIGNED** in Chambers at West Palm Beach, Florida, this 29th day of April, 2021.

                                              Donald M. Middlebrooks
                                              United States District Judge

cc:    Counsel of Record